PS-8
8/88

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. v. Michael T. Adams                      Docket No. 2:17-MJ-1040-1BO

### Petition for Action on Conditions of Pretrial Release

COMES NOW Lakesha H. Wright, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Michael T. Adams, who was placed under pretrial release supervision by the Honorable Terrence W. Boyle, U.S. District Judge, on June 1, 2017.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On June 15, 2017, a urine specimen collected from Adams on June 6, 2017, was determined by the national laboratory to be positive for marijuana. Prior to submission of the urine specimen, the defendant admitted to using marijuana on June 2, 2017. He also signed a statement acknowledging his drug use. In response to the violation, we are respectfully recommending that Adams be ordered to obtain a substance abuse assessment within 30 days and comply with recommended treatment. The defendant signed a Waiver agreeing to the proposed modification.

**PRAYING THAT THE COURT WILL ORDER** that the defendant shall obtain a substance abuse assessment from an appropriate mental health facility within (30) days from the date of this judgment and complete any prescribed treatment program. The defendant must pay the assessment fee and any added treatment fees that may be charged by the facility.

Reviewed and approved,                      I declare under penalty of perjury that the foregoing is true and correct.

/s/Michael C. Brittain                      /s/ Lakesha H. Wright
Michael C. Brittain                         Lakesha H. Wright
Supervising U.S. Probation Officer         U.S. Probation Officer
                                                  306 East Main Street, Room 306
                                                  Elizabeth City, NC 27909-7909
                                                  Phone: 252-335-5508
                                                  Executed On: June 26, 2017

### ORDER OF THE COURT

Considered and ordered the 27 day of June, 2017, and ordered filed and made part of the records in the above case.

Terrence W. Boyle
U.S. District Judge